RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ
THEODOR O. OXHOLM

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

October 2, 2014

*By ECF*

The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Chambers 1350
New York, NY 10007

   Re: *Silberman v. Miah*, No. 14-cv-1748 (PAC)(JLC)

Dear Judge Crotty:

   This firm represents Plaintiff Elana Silberman in the above-referenced action. We write on behalf of all parties to request that the Court enter the attached proposed order extending certain discovery deadlines.

   Pursuant to the Scheduling Order entered by Your Honor on July 14, 2014, the current deadline for the completion of fact discovery is November 14, 2014. Requests to admit are due to be served by October 14, 2014, and the parties are also due to meet and confer regarding expert discovery on or before October 14, 2014. The current deadline for expert discovery is January 9, 2015. *See* dkt. 11.

   Counsel have served document demands and interrogatories, and the parties have exchanged responses. Since the Court entered the Protective Order on September 25, 2014, *see* dkt. 14, Counsel have begun to exchange confidential materials and expect to complete production of confidential materials in the parties' possession within the next week. Plaintiff has also provided Defendant with executed HIPAA-compliant releases for records from a number of medical providers, but those records may take several weeks to obtain. As a result, depositions are unlikely to commence until late October at the earliest.

   In light of the above, the parties jointly request a 35-day extension of the remaining discovery deadlines. As set forth in the attached proposed order, this extension would result in a fact discovery deadline of December 19, 2014. Requests to admit would be due by

EMERY CELLI BRINCKERHOFF & ABADY LLP
Page 2

November 18, 2014, which would also be the deadline for the parties to meet and confer concerning expert discovery. The expert discovery deadline would be February 13, 2014.

There have been no previous requests for any discovery extension in this case. All parties consent to this request. We are available at the Court's convenience to address any concerns.

Respectfully submitted,

/s/

Earl S. Ward
David A. Lebowitz

Encl.

c.      All Counsel of Record (via ECF)